IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation as subrogee of BEAR CREEK TIMBER COMPANY, LLC, | ) ) ) ) ) | CIVIL ACTION FILE NO.: 3:05cv487LS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CECIL WOMBLE, | ) ) | |
| Defendant. | ) | |

**FINAL JUDGMENT BY DEFAULT**

THIS ACTION came on for hearing on Motion of the Plaintiff, Zurich American Insurance Company, a New York Corporation as subrogee of Bear Creek Timber Company, LLC, through counsel, for a Final Judgment by Default, pursuant to the Federal Rules of Civil Procedure, against the Defendant, Cecil Womble, and said Defendant, having been duly served with the Summons and Complaint for damages and not being an infant or an unrepresented incompetent person and not being a member of the military service, and having failed to plead or otherwise defend, and the default having been duly entered and docketed by the Clerk of the Court and Defendant having taken no proceedings since such default was entered, this Court is of the opinion that Plaintiff is entitled to a Final Judgment against Defendant in the principal sum of $177,975.31 (One Hundred Seventy-Seven Thousand, Nine Hundred Seventy-Five Dollars and Thirty-One Cents), together with interest from and after the date hereof.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff, Zurich American Insurance Company, a New York Corporation as subrogee of Bear Creek Timber Company, LLC, be awarded a Final Judgment against Defendant, Cecil Womble, in the sum of $177,975.31 together with interest from and after the date hereof, for all of which let execution issue.

SO ORDERED AND ADJUDGED this the 25th day of August, 2006.

/s/ Tom S. Lee
TOM S. LEE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI